UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INT'L, INC., | No. 2:11-mc-0045 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| DOSTEL CORP., ET AL., | |
| Defendants. | |

On January 3, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 3, 2014, are adopted in full;

2. Plaintiff's motion for assignment order (ECF No. 11) is granted; and

3. The right of Defendant/Judgment Debtor Nilakshi Patel to payment of money due or to become due from their business activities as the landlord/owner of that certain commercial real property , and improvement thereon, commonly known as "Universal Plaza" and located at 4400

1 47th Avenue, Sacramento, California 95824 APN 039-0052-048, is assigned to

2 Plaintiff/Judgment Creditor Choice Hotels International. Inc. with payment to "Aires Trust

3 Account fbo Choice Hotels International Inc.," at 180 Newport Center Drive, Suite 260, Newport

4 Beach, CA 92660, to the extent necessary to satisfy the judgment entered in this action in full,

5 which as of December 4, 2013, is $89,134.31

6 Dated:  February 11, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

9 choi0045.801