UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INT'L, INC., | No. 2:11-mc-0045 WBS AC |
| Plaintiff, | |
| v. | ORDER AND |
| DOSTEL CORP., ET AL., | ORDER TO SHOW CAUSE |
| Defendants. | |

    This matter is before the court on plaintiff's Motion for Issuance of an Order to Show Cause Re Contempt.  ECF No. 18.  This motion follows an assignment order issued by the Honorable William B. Shubb on January 3, 2014 assigning to plaintiff the interest, if any, of defendant Nilakshi Patel in her rights to payment of money due or to become due from her business activities as the landlord/owner of commercial real property located at 4400 47th Avenue, Sacramento, CA 95824, and commonly known as "Universal Plaza," APN 039-0052-048, to the extent necessary to satisfy the judgment entered in this action in full ("the Assignment Order").[1]  Plaintiff contends that this defendant has violated the Assignment Order by failing to assign to plaintiff any rents from the tenants occupying Universal Plaza,[2] no accounting has been

---

[1] This matter was referred to the undersigned on May 13, 2014 by Judge Shubb.  ECF No. 19.
[2] The following tenants do business at Universal Plaza: Famous Pizza (Suite 101), Game Trader (Suite 105A), Nationwide Insurance (Suite 105B), and S Y Nails (Suite 102).  Decl. of Carl Aires ¶ 5, ECF No. 18 at 8.

1

rendered, and no indication has been given that rent payments by the tenants have universally ceased.

Upon review of plaintiff's motion and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The July 2, 2014 hearing on plaintiff's Motion for Issuance of an Order to Show Cause re Contempt is vacated;
2. Plaintiff's May 12, 2014 Motion for Issuance of an Order to Show Cause re Contempt (ECF No. 18) is granted;
3. Defendant Nilakshi Patel is hereby ordered to show cause in writing within twenty-one (21) days from the issuance of this order why she should not be punished for contempt for failure to abide by Judge Shubb's Assignment Order entered on February 12, 2014;
4. The Clerk of the Court shall serve a copy of this order on defendant at the following addresses:

    Nilakshi Patel, 4518 Maple Plain Avenue, Elk Grove, CA 95758

    Nilakshi Patel, 4400 47th Avenue, Suite 104, Sacramento, CA 95824

5. Within seven (7) days, plaintiff shall serve a copy of this order on all individuals and entities identified in the service list provided at ECF No. 18 at 10, and shall submit a declaration to the Court affirming such service.

DATED: June 26, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE