UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOSTEL CORP., et al., <br><br> Defendants. | NO. 2:11-mc-0045 WBS AC <br><br> ORDER OF RECUSAL |

----oo0oo----

    The undersigned judge hereby recuses himself from all further proceedings in this matter.  The Clerk shall reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

    IT IS SO ORDERED.

Dated:  January 14, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1